IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 02-201 |
| | ) | |
| RONALD PISTORIUS | ) | |

**ORDER**

AND NOW, to-wit, this 23 day of June, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Early Termination of Supervised Release filed in the above-captioned case is hereby GRANTED. It is further ORDERED, ADJUDGED and DECREED that the supervised release of the defendant, Ronald Pistorius, is hereby TERMINATED.

Gary L. Lancaster
United States District Judge